IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

LINDA WISE                          *

       Plaintiff              *

vs.                                 *     Civil Action No.: MJG-00-3660

BALTIMORE CO. PUBLIC SCHOOLS        *
ET AL
                                    *      SEP 12 2001

       Defendants             *     AT BALTIMORE
                                          CLERK U.S. DISTRICT COURT
                                    *     DISTRICT OF MARYLAND
                                          BY_____ DEPUTY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**O R D E R**

Having read and considered the Plaintiff's Motion for Enlargement of Time,

It is this _11th_ day of _September_, 2001, by the United States District Court for the District of Maryland,

ORDERED that the Plaintiff's Motion for Enlargement of Time to Respond to Defendant's Motion for Summary Judgment is hereby GRANTED, and that the date for the filing of Plaintiff's response to the Defendant's Motion for Summary Judgment be extended to October 26, 2001.

_____
JUDGE