FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 SEP 25 P 3:13

CLERKS OFFICE
AT BALTIMORE

_____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

LINDA WISE    *

    Plaintiff    *

v.    *    CIVIL ACTION NO.: MJG-00-3660

BALTIMORE COUNTY PUBLIC    *
SCHOOLS, et al.
    *    26

    Defendants

*    *    *    *    *    *    *    *    *    *    *    *    *

**STIPULATION OF DISMISSAL**

MR. CLERK:

Please dismiss the above-captioned matter with prejudice against Defendant, Emory Lee, only.

Lon C. Engel
11 E. Lexington Street
Suite 200
Baltimore, Maryland 21202

**Attorney for Plaintiff**

Leslie Robert Stellman
Blum, Yumkas, Mailman, Gutman
    & Denick, P.A.
1200 Mercantile Bank & Trust Bldg.
2 Hopkins Plaza
Baltimore, Maryland 21201

**Attorney for Defendant
Baltimore County Public Schools**

Morton Edelstein
110 St. Paul Street
Suite 402
Baltimore, Maryland 21202

**Attorney for Plaintiff**

George M. Church
Trial Bar # 00133
Church & Houff, P.A.
2 N. Charles Street
Suite 600, B&O Building
Baltimore, Maryland 21201

**Attorney for Defendant
Emory Lee**

Approved this 24th day of September, 2001

Marvin J. Garbis
United States District Judge