```
                              IN THE UNITED STATES DISTRICT COURT
                                  FOR THE DISTRICT OF MARYLAND

LINDA WISE                         *

            Plaintiff              *

      vs.                          *    CIVIL ACTION NO. MJG-00-3660

BOARD OF EDUCATION OF              *
BALTIMORE COUNTY, MARYLAND
et al.                             *

            Defendants
                                   *

*     *     *     *     *     *     *     *     *
```

MEMORANDUM AND ORDER

The Court has before it Plaintiff's Motion for an Enlargement of Time and the materials submitted relating thereto. The Court finds that a hearing is unnecessary.

On February 14, 2001, this Court issued the Scheduling Order herein which provided a June 29, 2001 discovery deadline. Plaintiff, while represented by former counsel, did not engage in any discovery. On August 27, 2001, Plaintiff filed the instant motion seeking to have the Court reopen the discovery period so that Plaintiff could take the depositions of then Defendant Emory Lee and "at least two additional witnesses." Pl. Mot. Enlargement Time at 2. Plaintiff states in the motion that "counsel for Emory Lee is not opposed to an enlargement of time because the Plaintiff plans to voluntarily dismiss, with prejudice, Mr. Lee."

Defendant Board of Education of Baltimore County ("BEBC")[1] timely filed a Motion for Summary Judgment on August 30, 2001. Plaintiff seeks to defer response to the summary judgment motion until after she obtains the discovery she seeks.

BEBC is correct in noting that it should not bear the burden of the failure of Plaintiff's former counsel to engage in timely discovery. Whatever deficiencies there may have been in prior counsel's representation is a matter between Plaintiff and her former counsel. On the other hand, the one named prospective deponent has consented to the enlargement of time and, thus, in effect, agreed to have his deposition taken.

Under the circumstances, the Court will not reopen discovery but will grant Plaintiff the opportunity to take the deposition of Emory Lee beyond the discovery deadline. The deposition of Emory Lee, however, shall be subject to conditions to insure that BEBC is not burdened by Plaintiff's tardiness.
Hence, Plaintiff shall bear the costs of the deposition, including a reasonable fee for BEBC counsel, and shall bear at least a portion of the reasonable costs of BEBC's revising its summary judgment motion in light of the deposition testimony of Emory Lee.

---

[1]   Referred to, erroneously, by Plaintiff as Baltimore County Public Schools.

For the foregoing reasons:

1. Plaintiff's Motion for an Enlargement of Time is GRANTED IN PART.

2. Plaintiff may take the deposition of Emory Lee at a mutually convenient time prior to November 15, 2001 if, but only if, by November 7, 2001, Plaintiff provides BEBC counsel with a deposit of $1,000 to be applied toward the costs to be incurred by virtue of her taking the late deposition.

3. If Plaintiff makes the required deposit by November 7, 2001, the deposition may be taken and:

   a. Plaintiff shall pay the fee of one attorney for BEBC at the regular hourly rate charged BEBC. If the deposition is held elsewhere than BEBC's counsel's office, Plaintiff shall pay for up to one hour of travel time each way at one-half of the regular hourly rate charged.

   b. Plaintiff shall provide BEBC counsel with a copy of the transcript of the deposition testimony of Emory Lee.

   c. Defendant BEBC may supplement the pending Motion for Summary Judgment by November 29, 2001.

   d. Plaintiff shall pay BEBC counsel at the regular hourly rate charged BEBC, up to a maximum of four hours, for professional time devoted to supplementing the pending Motion for Summary Judgment in light of the deposition testimony of Emory Lee.

   e. Plaintiff shall respond to the Motion for Summary Judgment as supplemented by December 17, 2001. Any reply shall be filed by January 7, 2002.

4.  If Plaintiff does not make the required deposit, the deposition shall not be taken, and:

   a.  Plaintiff shall respond to the Motion for Summary Judgment by November 21, 2001.

   b.  Any reply shall be filed by December 5, 2001.

SO ORDERED this 23rd day of October, 2001.

_____
Marvin J. Garbis
United States District Judge