IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LINDA WISE | * |
| Plaintiff | * |
| vs. | * CIVIL ACTION NO. MJG-00-3660 |
| BOARD OF EDUCATION OF BALTIMORE COUNTY, MARYLAND et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \*

### MEMORANDUM AND ORDER

The Court has before it Defendant Board of Education of Baltimore County's Motion to Strike Plaintiff's Supplemental Answers to Interrogatories and Defendant Board of Education of Baltimore County's Motion to Strike Plaintiff's Reply to Offer to Consent Judgment to which no timely opposition has been filed. The motions appear meritorious and are unopposed. Under these circumstances, the Court will grant the motions

Accordingly:

1. Defendant Board of Education of Baltimore County's Motion to Strike Plaintiff's Supplemental Answers to Interrogatories is GRANTED.

2. Plaintiff's Supplemental Answers to Interrogatories are stricken from the record of this case.

3. Defendant Board of Education of Baltimore County's Motion to Strike Plaintiff's Reply to Offer to Consent Judgment is GRANTED.

4.  Plaintiff's Reply to Offer to Consent Judgment is stricken from the record of this case.

SO ORDERED THIS 23rd DAY OF October, 2001

_____
Marvin J. Garbis
United States District Judge