IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LINDA WISE | * | |
| Plaintiff | * | |
| vs. | * | CIVIL ACTION NO. MJG-00-3660 |
| BALTIMORE COUNTY PUBLIC SCHOOLS | * | |
| | * | |
| Defendant | * | |

\* \* \* \* \* \*

JUDGMENT ORDER

By separate Order issued this date, the Court has granted the Defendant's Motion for Summary Judgment.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant Baltimore County Public Schools against Plaintiff Linda Wise dismissing all claims with prejudice with costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 8th day of July, 2002.

_____
Marvin J. Garbis
United States District Judge